1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  CONSTANCE L. PICCIANO, State Bar No. 66172
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 322-6453
8    Fax: (916) 324-5205

9  Attorneys for Cambra, Terhune, Gomez and Andrews
   SA2004102542

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH LOUIE PAEZ, III,** | CIV F 02-5561 AWI LJO P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |
| v. | |
| **STEVEN CAMBRA, JR., et al.,** | |
| Defendants. | |

The Court, having considered defendants' request for an extension of time to file objections to the findings and recommendations of the Magistrate Judge, and good cause having been found:

**IT IS HEREBY ORDERED**: The time for filing defendants' objections is extended to July 14, 2005.

IT IS SO ORDERED.

**Dated:   July 11, 2005**                    /s/ Lawrence J. O'Neill
b6edp0                                         UNITED STATES MAGISTRATE JUDGE

Order Granting Extension of Time to File Objections to Findings and Recommendations
1