UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOUIE PAEZ, III, | CV F   02 5561 AWI LJO P |
|         Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY TO THE OBJECTIONS (Doc. 52.) |
| STEVEN CAMBRA, JR., et. al., | |
|         Defendants. | |

     Joseph Louie Paez, III  ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

     On May 27, 2005, the Court issued Findings and Recommendations that Defendant's Motion to Drop Defendant Andrews from the action be denied.  Defendants filed their objections to the Findings and Recommendations on July 14, 2005.  Plaintiff has requested that the Court grant him additional time to file a Reply to the Objections due to his inability to get to the law library within the ten (10) days allotted by the Court for the filing of a Reply.  Plaintiff requests that he be granted to and including August 11, 2005, to file his Reply.

     Good cause having been shown, Plaintiff's request is GRANTED.  The Reply to the Objections is due on or before August 11, 2005.

IT IS SO ORDERED.

Dated:    August 2, 2005                    /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE