BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO, State Bar No. 66172
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6453
 Fax: (916) 324-5205

Attorneys for Cambra, Terhune, Gomez and Andrews
SA2004102542

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOSEPH LOUIE PAEZ, III,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN CAMBRA, JR., et al.,,<br><br>　　　　　　　　Defendants. | 1:02-CV-05561-AWI-LJO-P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>(Document #57) |
|---|---|

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2005, defendants filed a request for an extension of time to file an answer to the complaint. Due to the fact that defendants filed the answer on October 18, 2005, IT IS HEREBY ORDERED that defendants' request is GRANTED nunc pro tunc to September 21, 2005.

IT IS SO ORDERED.

**Dated:   October 19, 2005**　　　　　　　/s/ Lawrence J. O'Neill
b6edp0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1