UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOUIS PAEZ III,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>    Defendants. | 1:02-CV-05561-AWI-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION<br><br>(Doc. 63) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 13, 2006, defendants filed a motion to extend time to file a dispositive motion as documents needed for the filing of a dispositive motion have not yet been received. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time up to and including October 18, 2006 in which to file a dispositive motion.

IT IS SO ORDERED.

**Dated:    October 4, 2006**             /s/ Sandra M. Snyder
b6edp0                        UNITED STATES MAGISTRATE JUDGE