UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOUIS PAEZ III, ) | 1:02-CV-05561-AWI-LJO-P |
| ) | |
| Plaintiff, ) | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| ) | |
| v. ) | |
| ) | |
| STEVEN CAMBRA, JR., et al., ) | (Doc. 69) |
| ) | |
| Defendants. ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 25, 2006, defendants filed a motion for a second extension of time to file a dispositive motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time up to and including November 17, 2006 in which to file a dispositive motion.

IT IS SO ORDERED.

**Dated:   November 13, 2006**          /s/ Lawrence J. O'Neill
b6edp0                                        UNITED STATES MAGISTRATE JUDGE