# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOUIE PAEZ, III, | CV F   02 5561 AWI NEW (DLB) P |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A OPPOSITION TO MOTION FOR SUMMARY JUDGMENT  (Doc. 78.) |
| STEVEN CAMBRA, JR., et. al., | |
| Defendants. | |

Joseph Louie Paez, III  ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 18, 2006, Defendants filed a Motion for Summary Judgment.  Plaintiff moved for an extension of time to file an Opposition on January 12, 2007.  Good cause showing, the Court HEREBY ORDERS:

1. Plaintiff's Motion is GRANTED.  The Opposition to the Motion for Summary Judgment is DUE within thirty (30) days of the date of service of this Order.

Plaintiff is advised that his Opposition is to comply with Local Rule 56-260(c).[1]

IT IS SO ORDERED.

Dated:   **February 21, 2007**            **/s/ Dennis L. Beck**
3b142a                              UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 56-260(c) provides: "Any party opposing a motion for summary judgment or summary adjudication shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon in support of that denial.  The opposing party may also file a concise "Statement of Disputed Facts," and the source thereof in the record, of all additional material facts as to which there is a genuine issue precluding summary judgment or adjudication.  The opposing party shall be responsible for the filing with the Clerk of all evidentiary documents cited in the opposing papers."

1