# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOUIE PAEZ III, | 1:02-CV-05561-AWI-NEW(DLB)-P |
| Plaintiff, | |
| v. | ORDER FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| STEVEN CAMBRA, JR., et. al., | |
| Defendants. | |

Joseph Louie Paez III ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 18, 2006, defendants filed a motion for summary judgment. On January 12, 2007, plaintiff moved for an extension of time to file an opposition to defendants' motion for summary judgment. On February 21, 2007, the court granted plaintiff an extension of time of thirty days from the date of service of the order. The thirty day time period has passed, and plaintiff has not filed an opposition or otherwise responded to the order. Plaintiff shall be granted another opportunity to file an opposition to defendants' motion for summary judgment. Should plaintiff fail to comply with this order, this action will be dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from plaintiff shall file an opposition to defendants' motion for summary judgment of December 18, 2006;

1

2. Plaintiff is advised that his opposition is to comply with Local Rule 56-260(c);[1] and

3. Should plaintiff fail to comply with this order, this action will be dismissed with prejudice.

IT IS SO ORDERED.

Dated:  June 11, 2007                    /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 56-260(c) provides: "Any party opposing a motion for summary judgment or summary adjudication shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon in support of that denial. The opposing party may also file a concise "Statement of Disputed Facts," and the source thereof in the record, of all additional material facts as to which there is a genuine issue precluding summary judgment or adjudication. The opposing party shall be responsible for the filing with the Clerk of all evidentiary documents cited in the opposing papers."